# Exhibit 3

# SUMMARY PAGE

*Hinkle, et al v Kent, et al.*
Case No.: 3:18-cv-06430-MMC

## Diability Rights California

| Employee (First, Last) | Job Title | Time | Hourly Rate | TOTAL BILLED | Time Not Billed | Total Not Billed |
|---|---|---|---|---|---|---|
| Andrew Berk | Attorney | 13.10 | $745 | $9,759.50 | 1.30 | $968.50 |
| Autumn Elliott | Litigation Counsel | 872.90 | $755 | $659,039.50 | 32.30 | $24,386.50 |
| Beverly Familar | Senior Legal Support | 40.20 | $250 | $10,050.00 | 28.20 | $7,050.00 |
| Crystal Padilla | Senior Advocate | 11.40 | $250 | $2,850.00 | 6.70 | $1,675.00 |
| Elizabeth Zirker | Attorney | 182.60 | $745 | $136,037.00 | 9.80 | $7,301.00 |
| Melinda Bird | Litigation Counsel | 18.60 | $910 | $16,926.00 | 7.20 | $6,552.00 |
| Nicholas Levenhagen | Litigation Counsel | 357.50 | $600 | $214,500.00 | 9.00 | $5,400.00 |
| Vi Tran | Attorney | 110.80 | $525 | $58,170.00 | 6.20 | $3,255.00 |
| **Total DRC** | | **1607.10** | | **$1,107,332.00** | **100.70** | **$56,588.00** |

## Disability Rights Advocates

| Employee (First, Last) | Job Title | Time | Hourly Rate | TOTAL BILLED | Time Not Billed | Total Not Billed |
|---|---|---|---|---|---|---|
| DRA Paralegal | Paralegal | 34.70 | $280 | $9,716.00 | 22.00 | $6,160.00 |
| Rebecca Williford | Litigation Attorney | 481.30 | $705 | $339,316.50 | 22.00 | $15,510.00 |
| Rosie Bichell | Attorney | 278.00 | $470 | $130,660.00 | 2.40 | $1,128.00 |
| Stuart Seaborn | Director of Litigation | 52.30 | $915 | $47,854.50 | 1.10 | $1,006.50 |
| **Total DRA** | | **846.30** | | **$527,547.00** | **47.50** | **$23,804.50** |

## Disability Rights Education and Defense Fund

| Employee (First, Last) | Job Title | Time | Hourly Rate | TOTAL BILLED | Time Not Billed | Total Not Billed |
|---|---|---|---|---|---|---|
| Carly Myers | Attorney | 102.60 | $470 | $48,222.00 | 0.00 | $0.00 |
| Silvia Yee | Attorney | 225.40 | $870 | $196,098.00 | 3.20 | $2,784.00 |
| **Total DREDF** | | **328.00** | | **$244,320.00** | **3.20** | **$2,784.00** |
| **GRAND TOTALS** | | **2781.40** | | **$1,879,199.00** | **151.40** | **$83,176.50** |