**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WYLENE LENA HINKLE and DENNIS GASSAWAY, on behalf of themselves and all others similarly situated, and THE CALIFORNIA COUNCIL OF THE BLIND (a California nonprofit corporation),<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE BAASS, in her capacity as Director of California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; CONTRA COSTA COUNTY; COUNTY OF ALAMEDA; COUNTY OF SAN DIEGO;<br><br>Defendants. | Case No. 3:18-cv-06430-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINITFFS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>[Local Rule 7-11] |

1  Plaintiffs are granted leave to file the Joint Motion for Preliminary Approval of Class
2  Action Settlement that was filed on November 11, 2024 as Docket No. 83. The parties do not
3  need to re-file their Joint Motion.

**IT IS SO ORDERED.**

Dated: November 19, 2024

_____
Honorable Maxine M. Chesney
United States District Judge