IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYLENE LENA HINKLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHELLE BAASS, et al.,<br><br>    Defendants. | Case No.  18-cv-06430-MMC<br><br>**ORDER CLOSING CASE FOR STATISTICAL PURPOSES** |

By order filed concurrently herewith, the Court has granted final approval of the parties' Settlement Agreement.  Under the terms thereof, "[w]ithin one year after final approval of th[e] Settlement Agreement, the Parties shall jointly ask the Court to dismiss [the] action and to retain jurisdiction over th[e] matter for the purpose of ensuring compliance with the terms of the Settlement Agreement."  (See Elliott Decl., filed November 8, 2024, Ex. 1 XI.)

In light of the final approval, and there being no further proceedings at this time, the above-titled action is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the instant case or of any claim made within it.  Should further proceedings become necessary or desirable in the instant case, including thee above-describe joint request for dismissal, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: October 3, 2025

MAXINE M. CHESNEY
United States District Judge